DEL WEBB COMMUNITIES, INC.;
PulteGroup, Incorporated,
Plaintiffs-Appellees,

v.

Roger F. CARLSON; Mary Jo Carlson,
Defendants-Appellants.

No. 17-1347

United States Court of Appeals,
Fourth Circuit.

Submitted: September 26, 2017

Decided: October 13, 2017

William Jefferson Leath, Jr., Michael S. Seekings, LEATH BOUCH & SEEKINGS, LLP, Charleston, South Carolina; Phillip Ward Segui, Jr., SEGUI LAW FIRM, PC, Mt. Pleasant, South Carolina, for Appellants. Robert L. Widener, MCNAIR LAW FIRM, P.A., Columbia, South Carolina; A. Victor Rawl, Jr., Henry W. Frampton, IV, MCNAIR LAW FIRM, P.A., Charleston, South Carolina, for Appellee.

Before GREGORY, Chief Judge, and TRAXLER and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger and Mary Jo Carlson ("Carlsons") appeal the district court's order granting summary judgment to Del Webb Communities, Inc., and its parent company, PulteGroup (together "Pulte"). We re-

view the district court's grant of summary judgment to Pulte de novo. *Choice Hotels Int'l, Inc. v. Shiv Hosp., LLC*, 491 F.3d 171, 176 (4th Cir. 2007). We have considered the record and the Carlsons' appellate arguments and affirm for the reasons cited by the district court. *Del Webb v. Carlson*, No. 9:14-cv-01877-PMD, 2017 WL 1050139 (D.S.C. Feb. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*